UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN GAREY, on behalf of himself and all others similarly situated,

                     *Plaintiff*,

      -*against*-

TOT BABY CORPORATION,

                     *Defendant*.
-------------------------------------------------------------------X

Case No.: 1:19-cv-00389

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action by any party are hereby, dismissed in their entirety, with prejudice, as to Defendant TOT BABY CORPORATION, and with each party to bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: July 29, 2019
        New York, New York

| | |
|---|---|
| SHALOM LAW, PLLC | LEVIN-EPSTEIN & ASSOCIATES, P.C. |
| By: _[signature]_ | By: _[signature]_ |
| Jonathan Shalom | Joshua D. Levin-Epstein |
| 124-04 Metropolitan Avenue | 1 Penn Plaza, Suite 2527 |
| Kew Gardens, NY 11374 | New York, New York 10119 |
| Tel. No. **718-971-9474** | Tel. No.: (212) 792-0046 |
| Email: jshalom@jonathanshalomlaw.com | Email: Joshua@levinepstein.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED:

_[signature]_ 8/1/2019
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE